# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2011

141055

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

EUGENE ROSE,
        Plaintiff-Appellant,

v

SUBURBAN MOBILITY AUTHORITY FOR
REGIONAL TRANSPORTATION and THOMAS
HENRY,
        Defendants-Appellees,

and

NINA MARIA MADISON and RAYMOND
GOEBORO,
        Defendants.

SC: 141055
COA: 289769
Wayne CC: 06-633687-NH

_____/

On order of the Court, the application for leave to appeal the March 30, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

MARILYN KELLY and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

h0620